# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00318-CV

---

### In re Teerachai Supakorndej

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-003565, THE HONORABLE J. ANDREW HATHCOCK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Relator Teerachai Supakorndej petitions for a writ of mandamus to vacate a temporary order requiring him to pay $15,000 in attorney's fees to counsel for his ex-wife, real party in interest Shang Xu.[1] *See* Tex. Fam. Code § 109.001(a)(5). Supakorndej bears the burden to present this Court with a record sufficient to demonstrate his right to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Based on this record, we deny relief. *See* Tex. R. App. P. 52.7(a) (providing that mandamus record must contain, among other things, "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding" and "properly authenticated" copies of "any exhibits offered in evidence").[2]

---

[1] Relator appealed the results of the divorce to this Court in cause No. 03-20-0177-CV.

[2] We dismiss as moot Xu's "Motion to Deny Petition for Writ of Mandamus" and alternative motion to strike.

_____

Edward Smith, Justice

Before Justices Goodwin, Triana, and Smith

Filed:   January 7, 2021